Certiorari denied. *Charles W. Milner* for petitioner. *Solicitor General Perlman, William S. Tyson, Bessie Margolin* and *Sidney S. Berman* for respondent. ▮

No. 624. MATLAW CORPORATION *v.* WAR DAMAGE CORPORATION. C. C. A. 7th. Certiorari denied. *James E. Watson, Orin deM. Walker, Walter Myers, Jr.* and *Jay E. Darlington* for petitioner. *Solicitor General Perlman, H. G. Morison* and *Paul A. Sweeney* for respondent. ▮

No. 631. SALAMONIE PACKING Co. *v.* UNITED STATES. C. C. A. 8th. Certiorari denied. *William C. Bachelder* and *Jacob M. Lashly* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Vincent A. Kleinfeld* for the United States.

No. 634. WM. J. LEMP BREWING Co. *v.* EMS BREWING Co. C. C. A. 7th. Certiorari denied. *Samuel H. Liberman* and *Bruce A. Campbell* for petitioner. *Walter R. Mayne* for respondent. ▮

No. 635. YOUNG *v.* MURPHY ET AL., EXECUTORS. C. C. A. 6th. Certiorari denied. *Robert J. Bulkley, James A. Butler* and *Robert W. Purcell* for petitioner. *Charles K. Arter, L. C. Wykoff, Kingsley A. Taft* and *Raymond T. Jackson* for respondents. ▮

No. 639. METZGER *v.* HOSSACK, ADMINISTRATRIX. C. C. A. 8th. Certiorari denied. *George J. Danforth, G. J. Danforth, Jr.* and *Seth W. Richardson* for petitioner. *Roy E. Willy* for respondent. ▮